## STATE OF TENNESSEE
## CIRCUIT COURT OF KNOX COUNTY

REBECCA SPEARS _____, PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray
Blevins, Brad Shuford and Chris West _____, DEFENDANTS.

Civil Action No: 2-381-14

## SUMMONS

To: NHC HEALTHCARE/KNOXVILLE, LLC
c/o National Registered Agents, Inc.,
Its Registered Agent for Service
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

*FILED 2014 JUN 13 AM 9 53 CATHERINE F. QUIST CIRCUIT COURT CLERK*

You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13 day of JUNE, 2014 at ____ o'clock, ____ M. Witness,
Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

_____
CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

## NOTICE
TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

Received this _____ day of _____, 2014.

_____
Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS
I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____
I failed to serve this summons within thirty (30) days after its issuance because

_____

_____
Sheriff-Deputy Sheriff

**EXHIBIT A**

## STATE OF TENNESSEE
## CIRCUIT COURT OF KNOX COUNTY

REBECCA SPEARS ........................................................................................ PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray
Blevins, Brad Shuford and Chris West ................................................................ DEFENDANTS.

Civil Action No: 2-381-14

### SUMMONS

To: Darren Murphy
c/o NHC Healthcare/Knoxville, LLC
809 E. Emerald Avenue
Knoxville, TN 37917-5550

You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13 day of JUNE, 2014 at _____ o'clock, ___ M. Witness, Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

### NOTICE
TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

Received this _____ day of _____, 2014.

_____
Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____

I failed to serve this summons within thirty (30) days after its issuance because

_____

_____
Sheriff-Deputy Sheriff

## STATE OF TENNESSEE
## CIRCUIT COURT OF KNOX COUNTY

REBECCA SPEARS _____, PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray
Blevins, Brad Shuford and Chris West _____, DEFENDANTS.

Civil Action No: 2-381-14

### SUMMONS

To: Tim Martindale
c/o NHC Healthcare/Knoxville, LLC
809 E. Emerald Avenue
Knoxville, TN 37917-5550

You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13 day of JUNE, 2014 at ____ o'clock, ____ M. Witness, Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

### NOTICE
TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

Received this _____ day of _____, 2014.

_____
Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____

I failed to serve this summons within thirty (30) days after its issuance because

_____

_____
Sheriff-Deputy Sheriff

## STATE OF TENNESSEE
## CIRCUIT COURT OF KNOX COUNTY

REBECCA SPEARS _____, PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray Blevins, Brad Shuford and Chris West _____, DEFENDANTS.

Civil Action No: 2-381-14

### SUMMONS

To: Jeff Tambornini
c/o NHC Healthcare/Knoxville, LLC
300 Laboratory Road
Oak Ridge, TN 37830

[FILED 2014 JUN 13 AM 9:55 CATHERINE F. QUIST CIRCUIT COURT CLERK]

You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13 day of JUNE, 2014 at ____ o'clock, ___ M. Witness, Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

### NOTICE
TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

Received this _____ day of _____, 2014.

_____
Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS
I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____
I failed to serve this summons within thirty (30) days after its issuance because

_____
Sheriff-Deputy Sheriff

## STATE OF TENNESSEE
## CIRCUIT COURT OF KNOX COUNTY

REBECCA SPEARS _____, PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray
Blevins, Brad Shuford and Chris West _____, DEFENDANTS.

Civil Action No: 2-381-14

### SUMMONS

To: Brad Shuford
c/o NHC Healthcare/Knoxville, LLC
809 E. Emerald Avenue
Knoxville, TN 37917-5550

*FILED 14 JUN 13 AM 9 53 CATHERINE F. QUIST CIRCUIT COURT CLERK*

    You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    Issued this 13 day of JUNE, 2014 at _____ o'clock, ___M. Witness, Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

    CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

### NOTICE
TO THE DEFENDANT(S):

    Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

    Received this _____ day of _____, 2014.

_____
Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS
I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____

I failed to serve this summons within thirty (30) days after its issuance because _____

_____

_____
Sheriff-Deputy Sheriff

REBECCA SPEARS, PLAINTIFF
vs. NHC Healthcare/Knoxville, LLC, Darren Murphy, Tim Martindale, Jeff Tamborini, Ray Blevins, Brad Shuford and Chris West, DEFENDANTS.

Civil Action No: 2-381-14

## SUMMONS

To: Chris West
c/o NHC Healthcare
100 East Vine Street
Murfreesboro, Tennessee, 37130

FILED 2014 JUN 13 AM 9 53
CATHERINE F. QUIST
CIRCUIT COURT CLERK

You are hereby summoned and required to serve upon Keith D. Stewart, plaintiffs' attorney, whose address is: 713 Market Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13 day of JUNE, 2014 at ____ o'clock, ____ M. Witness, Catherine Quist, Clerk of Said Court, at office in Knox County, Tennessee.

CATHERINE QUIST, Court Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedures.)

## NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. TCA § 26-2-114

Received this _____ day of _____, 2014.

_____
Deputy Sheriff

## RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, 2014.
I served this summons together with the complaint as follows:

_____

I failed to serve this summons within thirty (30) days after its issuance because _____

_____

_____
Sheriff-Deputy Sheriff