UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

REBECCA SPEARS, )
)
      Plaintiff, )
)
v. ) No.: 3:14-CV-317-TAV-HBG
)
NHC HEALTHCARE/KNOXVILLE, LLC, et al., )
)
      Defendants. )

## ORDER

For the reasons set forth in the memorandum opinion entered contemporaneously with this order, this Court, in its discretion, will decline to exercise supplemental jurisdiction over the remaining state-law claims. Plaintiff's Motion to Remand to State Court [Doc. 29] is hereby **GRANTED** and the Court **REMANDS** this action to the Circuit Court of Knox County. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                    s/ Thomas A. Varlan
                                    CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT